# United States Bankruptcy Court

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Morris Publishing Finance Company | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>20-0183044 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>725 Broad Street<br>Augusta, GA<br>ZIP CODE 30901 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Richmond | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>_____<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☑ A plan is being filed with this petition.<br>☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Morris Publishing Finance Company |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: None | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: See Annex A - Affiliated Debtors | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Morris Publishing Finance Company |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/ James T. Wilson, Jr. Signature of Attorney for Debtor(s) James T. Wilson, Jr. (Ga. Bar No. 768600) Printed Name of Attorney for Debtor(s) Firm Name 945 Broad Street, Suite 420 Address Augusta, GA 30901-1289 (706) 722-4933  Fax: (706) 722-0472 Telephone Number 1/19/10 Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X /s/ Steve K. Stone Signature of Authorized Individual Steve K. Stone Printed Name of Authorized Individual Senior Vice President and Chief Financial Officer Title of Authorized Individual 1/19/10 Date | |

## ANNEX A – AFFILIATED DEBTORS

On the date of this petition, the following affiliated entities filed petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Georgia:

1. Morris Publishing Group, LLC
2. Athens Newspapers, LLC
3. Broadcaster Press, Inc.
4. Florida Publishing Company
5. Homer News, LLC
6. Log Cabin Democrat, LLC
7. Morris Publishing Finance Company
8. MPG Allegan Property, LLC
9. MPG Holland Property, LLC
10. Southeastern Newspapers Company, LLC
11. Southwestern Newspapers Company, L.P.
12. Stauffer Communications, Inc.
13. The Oak Ridger, LLC
14. The Sun Times, LLC
15. Yankton Printing Company

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

In re <u>Morris Publishing Finance Company</u>                    Case No. 10-_____
    Debtor

                                    Chapter _____11_____

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

  Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>*Name of creditor and complete mailing address, including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (Trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Wilmington Trust FSB | Jane Y. Schweiger<br>Corporate Client Services<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402<br>(612) 217-5632 | Indenture Trustee for 7% Senior Subordinated Notes Due 2013 | Unliquidated | $278,500,000.00 |
| Abitibi Consolidated Sales Corporation | 135 S. LaSalle Street, Dept. 1228<br>Chicago, IL 60603<br>(803) 817-4645 | Trade | | $365,000.00 |
| Flint Group | 1455 Paysphere Circle<br>Chicago, IL 60674<br>(800) 348-6032 | Trade | | $96,825.55 |
| Yahoo Inc. | P.O. Box 3003<br>Carol Stream, IL 60132<br>(312) 932-3300 | Trade | | $79,792.79 |
| Boise Inc. | Dept. 0778<br>Dallas, TX 75312<br>(208) 384-7821 | Trade | | $75,832.27 |
| R.R. Donnelley | P.O. Box 730216<br>Dallas, TX 75373<br>(972) 532-2500 | Trade | | $40,018.55 |
| Zones | P.O. Box 34740<br>Seattle, WA 98124<br>(800) 570-2410 | Trade | | $34,406.50 |

NGEDOCS: 1683805.1

| | | | |
|---|---|---|---|
| Trend Offset Printing | File 51121<br>Los Angeles, CA 90074<br>(562) 430-8437 | Trade | $33,078.32 |
| Donlen Corporation | P.O. Box 92624<br>Chicago, IL 60675<br>(847) 412-5229 | Trade | $31,910.83 |
| Adpay Inc. | 391 Inverness Parkway, Suite 300<br>Englewood, CO 80012<br>(303) 268-1529 | Trade | $22,376.07 |
| Libredigital | 1835 B. Kramer Lane, Suite 150<br>Austin, TX 78758<br>(512) 334-5193 | Trade | $20,200.00 |
| World Color (USA) Corp. | P.O. Box 98668<br>Chicago, IL 60693<br>(514) 856-7848 | Trade | $18,655.62 |
| Manistique Papers Inc. | Dept. Ch. 17749<br>Palatine, IL 60055<br>(906) 341-2175 | Trade | $16,968.10 |
| Eastman Kodak | 1790 Solutions Center<br>Chicago, IL 60677<br>(877) 362-9695 | Trade | $16,256.81 |
| Doodad Southeast | 7990 2nd Flag Drive, Suite D<br>Austell, GA 30168<br>(770) 732-0321 | Trade | $13,468.41 |
| Hamilton Circ Supplies | P.O. Box 398<br>Beecher, IL 60401<br>(708) 946-2208 | Trade | $13,287.75 |
| St. Moritz Building Services Inc. | P.O. Box 765<br>Indiana, PA 15701<br>(412) 885-2100 | Trade | $11,742.00 |
| Custom Business Systems LLC | 225 N. Richmond Street<br>Appleton, WI 54911<br>(920) 830-0875 | Trade | $8,862.59 |
| Affinity Express | Dept. 4397<br>Carol Stream, IL 60122<br>(847) 930-3200 | Trade | $8,500.75 |
| Flashes Printing | 54 W. 8th Street<br>Holland, MI 49423<br>(616) 546-4200 | Trade | $8,276.42 |

Dated:  January 19, 2010              /s/ Steve K. Stone
                                      Senior Vice President and
                                      Chief Financial Officer

## DECLARATION REGARDING LIST CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

I, Steve K. Stone, am an authorized officer of the Company named as the debtor in this Chapter 11 case (the "Debtor"), and in such capacity am familiar with the financial affairs of the Debtor. I declare under penalty of perjury that I have read and reviewed the foregoing List of Equity Security Holders and that the information included therein is true and correct to the best of my knowledge, information and belief.

Dated: January 19, 2010

/s/ Steve K. Stone
Steve K. Stone
Senior Vice President and Chief Financial Officer

**United States Bankruptcy Court**
**Southern District of Georgia**

IN RE:                                                                       Case No._____

    Morris Publishing Finance Company                Chapter <u>11</u>
          Debtor(s)

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Morris Publishing Group, LLC<br>725 Broad Street<br>Augusta, GA 30901 | 100% | |

NGEDOCS: 1681714.1

## DECLARATION REGARDING LIST OF EQUITY HOLDERS

I, Steve K. Stone, am an authorized officer of the Company, named as the debtor in this Chapter 11 case (the "Debtor"), and in such capacity am familiar with the financial affairs of the Debtor. I declare under penalty of perjury that I have read and reviewed the foregoing List of Equity Security Holders and that the information included therein is true and correct to the best of my knowledge, information and belief.

Dated: January 19, 2010

/s/ Steve K. Stone
Steve K. Stone
Senior Vice President and Chief Financial Officer

## UNANIMOUS WRITTEN CONSENT ACTION OF BOARD OF DIRECTORS OF

## MORRIS PUBLISHING FINANCE CO.
(a Georgia corporation)

Pursuant to Section 14-2-309 of the Georgia Business Corporation Code Act and Section 3.7 of the Bylaws of **MORRIS PUBLISHING FINANCE CO.** (the "Company"), a Georgia corporation, the undersigned, constituting the members of the Company's Board of Directors, do hereby waive notice of a meeting of the Board of Directors and do hereby consent and agree to the adoption of the following resolutions and actions:

**IT IS RESOLVED**, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, member, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"); and

**FURTHER RESOLVED**, that the Chief Executive Officer, the President, the Senior Vice President – Finance and/or the Chief Financial Officer (each an "Authorized Officer" and together, the "Authorized Officers"), or any individual duly appointed by any Authorized Officer, are, and each of them is, hereby authorized and empowered on behalf of and in the name of the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of Georgia (the "Bankruptcy Court") at such time as such Authorized Officer executing the same shall determine and in such form or forms as such Authorized Officer may approve; and

**FURTHER RESOLVED**, that the law firm of Hull Barrett, PC, 801 Broad Street, 7th Floor, Augusta, Georgia 30901, be, and hereby is, retained and employed as attorneys for the Company to provide counsel in certain matters with respect to the restructuring contemplated by Company's case under Chapter 11 of the Bankruptcy Code; and

**FURTHER RESOLVED**, that the law firm of James T. Wilson, Jr., P.C., Suite 420, 945 Broad Street, Augusta, Georgia 30901, be, and hereby is, retained and employed as attorney for the Company in connection with the prosecution of the Company's case under Chapter 11 of the Bankruptcy Code; and

**FURTHER RESOLVED**, that the law firm of Neal, Gerber & Eisenberg, LLP, Two North LaSalle Street, Suite 1700, Chicago, Illinois 60602-3801, be, and hereby is, retained and employed as attorneys for the Company in connection with the prosecution of the Company's case under Chapter 11 of the Bankruptcy Code; and

**FURTHER RESOLVED**, that the financial advisory and asset management firm of Lazard Ltd., 190 LaSalle Street, 31st Floor, Chicago, Illinois 60603 and 30 Rockefeller Plaza, New York, New York 10020, be and hereby is, retained and employed as financial consultants

for the Company in connection with prosecution of the Company's case under Chapter 11 of the Bankruptcy Code; and

**FURTHER RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case including, without limitation, seeking authority to guarantee or borrow, and borrowing, amounts under any post-petition financing facility or cash collateral order, or agreement for use of cash collateral, for itself or its affiliates, and granting liens, guarantees, pledges, mortgages and/or other security therefor and filing financing statements, mortgages, intellectual property security agreements and other documents related thereto; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized to employ and retain legal counsel, financial advisors, accountants and other professionals, to advise the Company in connection with its case under Chapter 11 of the Bankruptcy Code; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions to make, sign, execute, act and deliver (and record in the relevant office of the secretary of state or the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may reasonably be required to give effect to this unanimous written consent action, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and

**FURTHER RESOLVED**, that the Authorized Officers, be, and each of them hereby is, authorized on behalf of, and in the name of, the Company to execute any and all plans of reorganization under Chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the Bankruptcy Court at such time as said Authorized Officer executing the same shall determine; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may be reasonably required to give effect to the consummation of the transactions contemplated by this unanimous written consent action and any Chapter 11 plan of reorganization, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and

**FURTHER RESOLVED**, that to the extent that any of the actions authorized by any of this unanimous written consent action have been taken prior to the date hereof with respect to the

2

transactions contemplated herein by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

**[SIGNATURES ON FOLLOWING PAGE(S)]**

**SIGNATURE PAGE TO**

**UNANIMOUS WRITTEN CONSENT ACTION OF BOARD OF DIRECTORS OF**

**MORRIS PUBLISHING FINANCE CO.**
(a Georgia corporation)

**IN WITNESS WHEREOF,** the undersigned have executed this Unanimous Written Consent Action of Board of Directors as of the 19th day of January, 2010.

_____          _____
William S. Morris III, Chairman, Board          William S. Morris IV, Director
of Directors

_____          _____
Mary E. Morris, Director                                 J. Tyler Morris, Director

_____          _____
Susie M. Baker, Director                                Craig S. Mitchell, Director

4

## SIGNATURE PAGE TO

## UNANIMOUS WRITTEN CONSENT ACTION OF BOARD OF DIRECTORS OF

### MORRIS PUBLISHING FINANCE CO.
(a Georgia corporation)

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent Action of Board of Directors as of the 19th day of January, 2010.

_____
William S. Morris III, Chairman, Board of Directors

_____
Mary E. Morris, Director

_____
Susie M. Baker, Director

_____
William S. Morris IV, Director

*/s/ J. Tyler Morris/*
J. Tyler Morris, Director

_____
Craig S. Mitchell, Director

4

## SIGNATURE PAGE TO

## UNANIMOUS WRITTEN CONSENT ACTION OF BOARD OF DIRECTORS OF

## MORRIS PUBLISHING FINANCE CO.
(a Georgia corporation)

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent Action of Board of Directors as of the 19th day of January, 2010.

_____
William S. Morris III, Chairman, Board of Directors

_____
William S. Morris IV, Director

_____
Mary E. Morris, Director

_____
J. Tyler Morris, Director

_____
Susie M. Baker, Director

*/s/ Craig S. Mitchell*
Craig S. Mitchell, Director

4